IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES LEE ONSTEAD;
and EARNESTINE ONSTEAD                                              PLAINTIFFS

v.                         No. 3:18-cv-222-DPM

JOHNSON & JOHNSON, INC.;
DEPUY SYNTHES PRODUCTS, INC.;
DEPUY SYNTHES SALES, INC.;
and JOHN DOE CORPORATIONS,
Manufacturers, Distributors,
Successor or Predecessor Companies,
Subsidiaries, and Parent Entities                                   DEFENDANTS

## JUDGMENT

The Onsteads' complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019